# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Amy Carothers, f/k/a Amy Roma, | Civil No. 12-333 (RHK/AJB) |
| Plaintiff, | **ORDER** |
| vs. | |
| Mercantile Adjustment Bureau, LLC, | |
| Defendant. | |

Based upon the Plaintiff's Notice of Voluntary Dismissal With Prejudice as to Defendant (Doc. No. 3), **IT IS ORDERED** that Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE** in their entirety on the merits, and each party shall bear their own costs and attorneys' fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  March 21, 2012

                                         s/Richard H. Kyle
                                         RICHARD H. KYLE
                                         United States District Judge